IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

NIKITA WOODS,

          Plaintiff,          CV-16-117-GF-BMM-JTJ

-vs-

FRANKLIN SCHOOL          **ORDER**
APARTMENTS and TREVOR
ALLISON

          Defendants.

Plaintiff filed this action on November 15, 2016. An Amended Complaint was filed on January 6, 2017. To date, Plaintiff has failed to provide the Court with a return of service on the Defendants. A show cause order was filed on June 2, 2017, giving Plaintiff until July 5, 2017 to file with the Court proof of service of summons and complaint on the Defendants or show cause why this cause should not be dismissed, without prejudice. To date, nothing has been filed by the Plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED**. The Clerk shall enter Judgment accordingly.

DATED this 31st day of August, 2017.

Brian Morris
United States District Court Judge